**NAGEL RICE, LLP**
103 Eisenhower Parkway
Suite 103
Roseland, New Jersey 07068
(973) 618-0400
Attorneys for Defendant, King Mortgage Corp

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br><br>Plaintiff<br><br>v.<br><br>KING MORTGAGE CORP.<br><br>Defendant. | Civil Action No. 2:12-cv-02527 SDW-MCA<br><br>**DISCLOSURE STATEMENT**<br><br>(Filed Electronically) |

The undersigned, counsel for defendant, King Mortgage Corp., certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                                       NAGEL RICE, LLP
                                                       Attorneys for Defendant, King Mortgage Corp.

                                                       By:_____
                                                           JAY J. RICE

Dated: May 17, 2012