COWAN, LIEBOWITZ & LATMAN, PC
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
Attorneys for Plaintiff,
Lehman Brothers Holdings, Inc.

So Ordered
this ___ day of July 2012
Susan D. Wigenton, U.S.D.J.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

---

LEHMAN BROTHERS HOLDINGS INC.

        Plaintiff

v.

KING MORTGAGE CORP.

        Defendant.

Civil Action No. 2:12-cv-02527 SDW-MCA

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Lehman Brothers Holding, Inc., and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, King Mortgage Corp.

NAGEL RICE, LLP
Attorney for Defendant,
King Mortgage Corp.

By: _____
    Jay J. Rice, Esq.

Dated: 7/3/12

COWAN, LIEBOWITZ & LATMAN, PC
Attorneys for Plaintiff,
Lehman Brothers Holdings, Inc.

By: _____
    Clarence J. Erickson, Esq.

Dated: